UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETER QUIGLEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-11131-PBS |
| | ) | |
| BAY STATE CRUCIBLE CO., | ) | |
|     Defendant, | ) | |
| | ) | |
| BAY STATE CRUCIBLE CO., | ) | |
|     Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| QUIGLEY CRUCIBLE REFRACTORIES & SPECIALTIES CO., INC., | ) | |
|     Third Party Defendant. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF BAY STATE CRUCIBLE CO.**

Pursuant to Fed. R. Civ. P. 7.1, party Bay State Crucible Co. states that it has no parent corporation and that there is no publicly traded corporation that owns 10% or more of its stock.

1

BAY STATE CRUCIBLE CO.,

By its attorneys,

/s/ Matthew A. Kane
Matthew A. Kane, BBO No. 666981
Payal Salsburg, BBO No. 568812
Laredo & Smith, LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel: (617) 443-1100
Fax: (617) 443-1174

Dated: August 3, 2018
kane@laredosmith.com
salsburg@laredosmith.com

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing and by first-class mail, postage prepaid, on August 3, 2018, to those identified as non-registered participants.

/s/ Matthew A. Kane
Matthew A. Kane

Dated: August 3, 2018

4820-6979-3391, v. 4